**Fill in this information to identify the case:**

Debtor 1    George M. Paul

Debtor 2    Mary Jo V. Paul
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number  19-20230 CMB

## Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** MidFirst Bank                                 **Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account:  2964
**Property address:**
411 East Fairmont Avenue
New Castle, PA 16105

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                     $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:        04 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                                       (a)    $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:                     + (b)    $ _____
c.   **Total.** Add lines a and b.                                                                              (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                          Response to Notice of Final Cure Payment                          page 1

Document ID: 4cb6425848952d8766336230047de34e94c7ddc214cc910f28d31d8f086b8040

Debtor(s)   George M. Paul and Mary Jo V. Paul
First Name  Middle Name  Last Name

Case Number (if known): 19-20230 CMB

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x  /s/
Denise Carlon
23 Feb 2024, 13:21:58, EST

Date    02/23/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: George M. Paul**<br>**Mary Jo V. Paul**<br>                       **Debtor(s)** | **BK NO. 19-20230 CMB**<br><br>**Chapter 13** |
| **MidFirst Bank**<br>                       **Movant**<br>    **vs.** | **Related to Claim No. 6** |
| **George M. Paul**<br>**Mary Jo V. Paul**<br>                       **Debtor(s)** | |
| **Ronda J. Winnecour**,<br>                       **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 23, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
George M. Paul
411 East Fairmont Avenue
New Castle, PA 16105

Mary Jo V. Paul
411 East Fairmont Avenue
New Castle, PA 16105

Attorney for Debtor(s) (via ECF)
Lauren M. Lamb, Esq.
Steidl & Steinberg, P.C.
707 Grant Street, Suite 2830
Pittsburgh, PA 15219

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: February 23, 2024

                                                  */s/ Denise Carlon*
                                                  Denise Carlon Esquire
                                                  Attorney I.D. 317226
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  201-549-2363
                                                  dcarlon@kmllawgroup.com